# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Tony Segielski Photography, Inc.      Hon: Patrick J. Duggan
A Michigan Corporation      Case No: 2:10-cv-11985-PJD-MJH

    Plaintiff,

v.

Johnny's Lunch, an Ohio Limited Liability
Company, Johnny's Lunch Franchise, LLC,
an Ohio Limited Liability Company, and
Johnny's Lunch Management, LLC, an Ohio
Limited Liability Company

    Defendants.

---

## STIPULATED ORDER OF DISMISSAL

On this 12th day of October, 2010, upon a settlement placed on the record with this Court on September 16, 2010, this above captioned case is dismissed with prejudice, without cost consistent with the settlement placed on the record and the Mutual Release separately signed by the parties.

It is Ordered that this case is Dismissed, with prejudice and without cost.

IT IS SO ORDERED

s/Patrick J. Duggan
---
Hon. Patrick J. Duggan

Agreed as to Form and Content:

/s/ Daniel P. Dalton (P44056)      /s/ Anthony J. Calamunci
Attorney for Plaintiff      Attorney for Defendants